UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAD L. JOHNSON,

    Plaintiff,
v.                                         Case No. 14-12327

COMMISSIONER OF SOCIAL        HON. TERRENCE G. BERG
SECURITY,                             HON. DAVID R. GRAND

    Defendant.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 13)</u>**

        This matter is before the Court on Magistrate Judge David R. Grand's March 19, 2015 Report and Recommendation (Dkt. 13), recommending that Plaintiff's motion for summary judgment be denied, that Defendant's motion for summary judgment be granted, and that the findings and conclusions of the Commissioner be affirmed.

        The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept Magistrate Judge Grand's Report and Recommendation of March 19, 2015, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of March 19, 2015 (Dkt. 13) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 11) is **DENIED**, Defendant's motion for summary judgment (Dkt. 12) is **GRANTED**, and the findings and conclusions of the Commissioner are **AFFIRMED**.

SO ORDERED.

Dated:  April 27, 2015                           s/Terrence G. Berg
                                                 TERRENCE G. BERG
                                                 UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 27, 2015, using the CM/ECF system, which will send notification to all parties.

                                                 s/A. Chubb
                                                 Case Manager